

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-15-00157-CV

**IN RE** Angie Leigh **STRICKLAND**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

On March 20, 2015, relator filed a petition for writ of mandamus and a motion seeking a stay of the trial court's order. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than April 2, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED IN PART. The trial court's oral ruling on January 15, 2015, allowing grandparent access to the children the subject of the underlying suit by the children's maternal grandmother is TEMPORARILY STAYED pending further order of this court. Those portions of the trial court's order appointing a family counselor and requiring the family to participate in counseling remain in effect.

Relator's separate motion for temporary relief, filed March 27, 2015, is DENIED AS MOOT.

It is so **ORDERED** on March 27, 2015.

                                        PER CURIAM

ATTESTED TO: _____
                   Keith E. Hottle
                   Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-557-CCL, styled *In the Interest of F.S. and E.B., Children*, pending in the County Court at Law, Kendall County, Texas, the Honorable Michael Peden presiding.